To Whom It May Concern:

    I had the absolute, honest pleasure of having Michael Damgaard as a student in my ENL 010 course through Pennsylvania College of Technology's Prison to College Program. It is not often that a teacher can discuss a student she has witnessed grow so much over an 8-week time period. It was an honor to teach him and work with him in this program, as he is such a polite, kind, and diligent individual. Michael was a great example of a studious pupil. While in class, he always offered a variety of exceptional answers to questions. He would strive well above his peers in his reading, project-based responses, and writing. I enjoyed the fact that he was always engaged. He listened to every lesson and asked questions that pertained to his future. He kept me on my toes, as I had to research programs linked with specific degrees, and I think we both enjoyed creating a future program just for him. He is truly remarkable, distinct, and unique. His departure from my college class leaves a large hole in the program, as he will truly be missed by me and the other people involved in the program.

My ENL 010 course is designed to be a rigorous, strenuous, 3-credit course, consolidating a 16-week fall semester into an 8-week one. Therefore, it comprises an entire day of education every week. Not many people would choose to spend that many hours learning and writing, but Michael was up to the challenge. The purpose of the course is to present freshman students with business English writing, including proper emails, memos, OSHA and HAZMAT information, resume and cover letter formatting, leadership styles, interviewing skills, and proper presenting formats. Michael endeavored to attempt, complete, and internalize every lesson, writing, or project, and he always succeeded. For example, Michael created a stellar final presentation on his individual leadership style and was able to present this calmly and factually to his classmates. He even further impressed me by being able to answer off-the-cuff questions based on the course, his personal experience, and leadership scenarios at the end of the presentation. This is just one of the many amazing projects he completed while in my course. His work ethic and ability helped him succeed, earning him an A grade at the end of it. Any college would be lucky to obtain such an accomplished individual.

    I wanted to create an image of his true character as I have seen him. Michael Damgaard excelled in every capacity of my program. I believe he is a student who has a plan for bettering himself, and he also plans to utilize all the facets of our program to ensure his success. Thank you for your time in reading this, and if you have any further questions, please email me at seh36@pct.edu or call me at 570-951-6339.

Sincerely,

*[signature]*

Shanna Haden, PhD
Ethical Leadership and English Education
Pennsylvania College of Technology
Prison to College Program


# The United Churches of Lycoming County

202 East Third Street • Williamsport PA 17701 • Phone (570) 322-1110

---

**Pastor Tammey Edkin**
Executive Director
570-322-1110

www.uclc.org

Administrative Assistant

**Rev. Mark Brumbach**
Shepherd of the Streets
570-322-6538

**Ms. Yvonne Shenuski**
Secretary

**Mrs. Molly Eisley**
Food Pantry Coordinator
570-322-1657

**Ms. Shelley Litz**
Campus Ministry
Coordinator

**Executive Committee**

President
**Rev. Lauri Kerr**

First Vice-President
**Rev. Bradley Walmer**

Second Vice-President
**Mr. Richard DeMarte**

Third Vice-President
**Ms. Yvonne Shenuski**

Finance Chairman
**Mr. Terry Belles**

**Departments**

Institutional Ministries
Broadcasting Ministries
Church Women United
Newspaper Editorials
Educational Ministries
Ecumenism
Prison Ministry
Christian Social Concerns
Rise Up Village Bakery
CROP Walk
Family Life Ministry
Youth Ministry
Interfaith Dialogue

---

June 17, 2024

The Honorable Judge Christopher Conner
District Judge for the Middle District of Pennsylvania

Dear Judge Conner,

I am writing to you on behalf of, and at the request of, Michael Damgaard.

My intention is to simply give my impressions of Michael. He has been a steady and active participant in our Bible Study groups at Lycoming County Prison, including leading a study and encouraging group participation. He also attends Sunday worship service. In my time with Michael, I have seen him become a servant to the other men, humbling himself to lift others up. He is willing to make himself vulnerable, in a population where it would be considered weakness, so that others do not feel alone. His present circumstances find him behind bars, but I feel that his faith keeps him from feeling imprisoned. What an inspiration to others, and to me, to witness freedom in Christ!

In my personal conversations with Michael, I find him to be serious in his faith convictions and openly honest about his present situation. He readily accepts responsibility for his actions and does not attempt to manipulate his way into a better position. He is intelligent, creative, and thoughtful. He has a genuine desire to enter into, and remain in, recovery. He understands where his temptations are and is sincere in his desire to be healed from them. He knows that it is in Christ this is possible. In my experience, Michael is one of only a few who has come to grips with himself with honesty, courage, and an authentic desire to become the person he knows he can be.

It is my opinion that Michael will become a positive and contributing member of our community. I believe God will work through him to reach others that are in a similar situation, using his past for His purpose.

Thank you,

*[signature]*

Chaplain Tammey Edkin
Lycoming County Prison

**HANNAH R. DAMGAARD, LCSW**
**1815 Lafayette Street**
**Pittsburgh, PA 15218**

Honorable Judge Neary,

Please accept this letter in support of my brother Michael B. Damgaard, who currently awaits sentencing for federal charges as part of a plea agreement. I am a certified Psychological Counselor, so it pained me to learn of Michael's situation, which he kept hidden from me.

As a mental health professional, I have discussed his situation with him several times to better understand his state of mind at the time of his illegal conduct. During those calls he has expressed genuine remorse for the victim, and longs for the opportunity to make amends. Michael accepts that he should be punished, but hopes that the length of his sentence will enable him to improve the lives of others outside of prison, as well as within.

Since he was charged, he has dedicated most of his time to rehabilitating and bettering himself. He regularly attends bible study, narcotics anonymous classes, worship services and exercise. He has prioritized his health by reducing carbohydrates, fats and sugars. He has eliminated most medications, in part a result of his improved diet. He meditates and reads daily. He is excited to be enrolled in a college program to become a certified paralegal.

Michael is proud of what he has accomplished by co-founding a non-profit, "Redemption Row", with re-entry specialist, Terrell Mosley. They regularly discuss fund raising and creative strategies to successfully reintegrate released inmates into society. He described several instances of helping inmates with legal research, writing letters to their appointed counsel and to the courts, and writing to their family outside of prison walls. He believes some of his letters have successfully resulted in reduced sentences. His positive attitude has convinced me that he is prioritizing helping others, even over himself.

I believe my brother to be an intelligent, empathetic man who temporarily lost his way. His actions were immoral and worthy of punishment. His path to redemption has begun in prison, but I believe it will not end there. I feel very confident that his lessons learned will be permanent, and his service to undereducated and struggling people will continue after he is released from prison.

For these reasons, I ask Your Honor to minimize Michael's sentence. My mother and father, and I, are prepared to assist and oversee Michael when he is released. Please make this possible in the not too distant future.

Sincerely yours,


Hannah R. Damgaard

*[signature]*